```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )    2:09-CR-00354 JAM
                                  )
12           Plaintiff,           )    STIPULATION FOR FINAL ORDER OF
                                  )    FORFEITURE AND ORDER THEREON
13       v.                       )
                                  )
14  SAMUEL ALEXANDER GRIM,        )
                                  )
15           Defendant.           )
                                  )
16
17       IT IS HEREBY STIPULATED by and between plaintiff United States
18  of America and Patricia Dunlavy (hereafter "petitioner"), to
19  compromise and settle her interest in the following property, and to
20  consent to the entry of a Final Order of Forfeiture as to the
21  following assets pursuant to Fed. R. Crim. P. 32.2(c), 18 U.S.C. §
22  924(d)(1), and 28 U.S.C. § 2461(c):
23           a)   One .9mm firearm, model P-89, manufactured by
                  Ruger, serial number 312-77502, and
24
             b)   One 12 gauge shotgun, manufactured by Remington,
25                serial number A02523.
26     This stipulation for Final Order of Forfeiture is entered into
27  between the parties pursuant to the plea agreement Samuel Alexander
28  Grim entered into in which he pleaded guilty to Count One, which
```

1                                          Stipulation for Final
                                           Order of Forfeiture

charges Possession with Intent to Distribute at Least 28 Grams of Cocaine Base in violation of 21 U.S.C. § 841(a)(1), and Count Two, which charges Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) of the Superceding Information. The Court entered a Preliminary Order of Forfeiture on June 16, 2011. Pursuant to 21 U.S.C. § 853(n)(1), the United States sent direct notice to Patricia Dunlavy by certified mail on July 20, 2011, and published Notice of the Forfeiture Action on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov) beginning on June 17, 2011. Patricia Dunlavy filed a verified petition on July 29, 2011, claiming an interest in the Remington 12 gauge shotgun, serial number A02523 (hereafter "firearm"). No other persons or entities have come forward and the time for maintaining a claim has expired.

    2. The parties hereby stipulate that Patricia Dunlavy has an interest in the firearm. Patricia Dunlavy has a legal right, title, or interest in the firearm, and that such right, title, or interest requires the Court to amend the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2) to account for Patricia Dunlavy's interest because such interest was vested in her rather than the Defendant at the time of the commission of the act which gave rise to the forfeiture of the firearm. *See* 28 U.S.C. § 2461 (c)(incorporating 21 U.S.C. § 853(n)). The parties further stipulate, however, that the Preliminary Order of Forfeiture remains valid to the extent it orders the forfeiture of any interest Samuel Alexander Grim has in the firearm.

    3. Petitioner understands and agrees that the firearm held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), will not be released to petitioner until the "Law Enforcement Gun

1 Release Application" is executed by petitioner and filed with the
2 California Department of Justice Bureau of Firearms and any
3 necessary fees are paid. ATF will release the firearm to petitioner
4 within thirty (30) days of receipt of notification from the
5 California Department of Justice Bureau of Firearms that the
6 application has been approved and all fees have been paid in full.
7     4. Petitioner understands and agrees that the United States
8 reserves the right to void the stipulation if, before the return of
9 the firearm, the U.S. Attorney obtains new information indicating
10 that the petitioner is not "innocent owner" pursuant to the
11 applicable forfeiture statute. A discretionary termination of
12 forfeiture shall not be a basis for any award of fees.
13     5. The court shall maintain jurisdiction over this matter to,
14 inter alia, enforce the terms of this stipulation.

Dated: 8/29/11        BENJAMIN B. WAGNER
                      United States Attorney

                      /s/ Paul A. Hemesath
                      PAUL A. HEMESATH
                      Assistant U.S. Attorney

Dated: 8-25-2011        /s/ Patricia Dunlavy
                      PATRICIA DUNLAVY
                      Petitioner
                      Appearing *in propria persona*

                      (Original signatures retained by Attorney)

24 ///
25 ///
26 ///
27 ///
28 ///

**ORDER**

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture on the terms set forth in the parties' Stipulated Settlement.

IT IS SO ORDERED.

Dated: 11/14/2011 /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge